# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN WYKOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv326-MHT |
| | ) | (WO) |
| WALTER WOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's Motion for Temporary Immediate Preliminary Injunctive Relief (doc. no. 28) is denied. The court cannot give plaintiff relief on this motion as he has not pled a retaliation claim in his complaint.

DONE, this the 31st day of August, 2018.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**