IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN WYKOFF, | ) | |
| Reg. No. 12248-028, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18-CV-326-RAH-CSC |
| | ) | [WO] |
| WALTER WOODS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 2, 2021, the Magistrate Judge filed a Recommendation (Doc. 56) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 56) is ADOPTED.

2. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an available administrative remedy.

A final judgment will be entered separately.

DONE, this 23rd day of February, 2021.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE